UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-455-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| FIRAS RAHIM AL-ZAYADY | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:    Felon In Possession of Firearms; Possession of Unregistered Firearm; Possession of Body Armor by a Person Convicted of a Violent Offense

<u>Date of Detention Hearing</u>:   January 22 , 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant has a criminal history which includes convictions for assault with a

01 weapon in 2006, the circumstances of which indicate a propensity for violence. He has a history
02 of substance abuse which includes heroin and methamphetamine. Defendant has a sporadic work
03 history. The case agent proffers an allegation that defendant has been known to sell firearms to
04 other individuals.

05     2.    The defendant poses a risk of nonappearance due to recently escalated use of illegal
06 substances and lack of employment. He is a risk of danger due to abuse of illegal controlled
07 substances, the nature of the instant offense and his criminal history.

08     3.    There does not appear to be any condition or combination of conditions that will
09 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
10 to other persons or the community.

11 It is therefore ORDERED:

12     (1)    Defendant shall be detained pending trial and committed to the custody of the
13 Attorney General for confinement in a correction facility separate, to the extent
14 practicable, from persons awaiting or serving sentences or being held in custody
15 pending appeal;

16     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
17 counsel;

18     (3)    On order of a court of the United States or on request of an attorney for the
19 Government, the person in charge of the corrections facility in which defendant is
20 confined shall deliver the defendant to a United States Marshal for the purpose of
21 an appearance in connection with a court proceeding; and

22     (4)    The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of January, 2007.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91