# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR06-455-JCC -1 |
| ) | |
| v. ) | **PROPOSED FINDINGS OF** |
| ) | **FACT AND DETERMINATION** |
| FIRAM AL-ZAYADY, ) | **AS TO ALLEGED** |
| ) | **VIOLATIONS OF** |
| Defendant. ) | **SUPERVISED RELEASE** |
| ) | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 20, 2009. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Brian Werner, and defendant was represented by Jay Warren Stansell. Also present was U.S. Probation Officer Andrew Lorenzen. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on June 1, 2007 by the Honorable John C. Coughenour for Possession of a Firearm, Possession of an Unregistered Firearm, Possession of Body Armor by a Person Convicted of a Violent Offense. He received 18 months of imprisonment and 3 years of Supervised Release.

///

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated September 5, 2008, U.S. Probation Officer Monique D. Neal alleged that defendant violated the following conditions of supervised release:

1. Using gabapentin without a valid prescription on or before July 23, 2008, in violation of standard condition No. 7.

2. Failing to report for drug testing as instructed by defendant's U.S. Probation Officer on August 6, August 12, and September 4, 2008, in violation of the special condition that the defendant participate as instructed in a program approved by the probation office for treatment of narcotic addition, drug dependency, or substance abuse which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

3. Failing to notify the probation officer at least 10 days prior to any change in residence or employment, in violation of standard condition No. 6.

4. Failing to report to the probation officer as directed on August 27, 2008, in violation of standard condition No. 2.

In a supplemental violation report dated March 10, 2009, U.S. Probation Officer Monique D. Neal alleged that defendant violated the following conditions of supervised release:

5. Committing the crime of Attempting to Elude a Pursuing Police Vehicle, on or about November 18, 2008, in violation of the standard condition that the defendant shall not commit another federal, state, or local crime.

6. Committing the crime of Possession of Methamphetamine on or about November 18, 2008, in violation of the standard condition that the defendant shall not commit another federal, state, or local crime.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing Friday, April 3, 2009 at 9:00 a.m. before District Judge John C. Coughenour.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 19th day of March, 2009.

/s/ BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
United States Magistrate Judge