|   |   |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF WASHINGTON**<br>**AT SEATTLE** |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FIRAS RAHIM AL-ZAYADY,<br><br>        Defendant. | NO. CR06-455-JCC<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on June 21, 2010. The United States was represented by Assistant United States Attorney Matthew Pittman, and the defendant by Jay Stansell.

The defendant had been charged and convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), Possession of an Unregistered Firearm, in violation of 26 U.S.C. §§ 5861(d) and 5871, and Possession of Body Armor by a Person Convicted of a Violent Offense, in violation of 18 U.S.C. §§ 931 and 924(a)(1)(D). On or about June 1, 2007, defendant was sentenced by the Honorable John C. Coughenour, to a term of 18 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1  program, financial disclosure, possess no firearms, cooperate with DNA collection, submit to a
2  search, and complete 60 days of home confinement with electronic monitoring.
3       In a Petition for Warrant or Summons, dated June 7, 2010, U.S. Probation Officer
4  Monique D. Neal asserted the following violations by defendant of the conditions of his
5  supervised release:

6      (1)    Using methamphetamine on or about May 31, 2010, in violation of standard
7             condition No. 7.

8      (2)    Using heroin on or about May 31 and June 1, 2010, in violation of standard
9             condition No. 7.

10     (3)    Possessing morphine on or about June 1, 2010, in violation of the standard
11             condition that the defendant shall not unlawfully possess a controlled
12             substance.

13       On June 11, 2010, defendant made his initial appearance. The defendant was advised
14  the allegations and advised of his rights. On June 21, 2010, this matter came before the Court
15  for an evidentiary hearing. Defendant admitted to violations 1 and 2. Alleged violation 3 was
16  dismissed without prejudice by the government.
17       I therefore recommend that the Court find the defendant to have violated the terms and
18  conditions of his supervised release as to violations 1 and 2, and that the Court conduct a
19  hearing limited to disposition. A disposition hearing on these violations has been set before the
20  Honorable John C. Coughenour on June 25, 2010 at 9:00 a.m.
21       Pending a final determination by the Court, the defendant has been detained.
22       DATED this 21st day of June, 2010.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

cc:   District Judge:        Honorable John C. Coughenour
      AUSA:                  Matthew Pittman
      Defendant's attorney:  Jay Stansell
      Probation officer:     Monique D. Neal

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3